COURT OF APPEAL, THIRD CIRCUIT
P.O. Box 16577
Lake Charles LA 70616
(337) 433-9403

## NOT  DESIGNATED  FOR  PUBLICATION

Edward L. Tarpley  Jr.
Attorney At Law
819 Johnston Street
Alexandria La 71301

> Judgment on rehearing rendered and mailed to all parties or counsel of record on **November 7, 2018**

**REHEARING ACTION: November 7, 2018**

**Docket Number: 18   00545-KW**

**STATE OF LOUISIANA
VERSUS
JEREMY AARON WEST**

**Writ Application from Allen Parish Case No. CR-2016-F-2840**

**BEFORE JUDGES**:

   **Hon. John D. Saunders
   Hon. Marc T. Amy
   Hon. Billy Howard Ezell**

As counsel of record in the captioned case, you are hereby notified that the ruling on the

application for rehearing filed by **Jeremy Aaron West** is:

   **REHEARING DENIED.**  Uniform Rules—Courts of Appeal, Rule 2-18.7.

cc: Herbert Todd Nesom, Counsel for  the Respondent
    Joe Green, Counsel for  the Respondent